147 A.3d 408

**WHITLEY, Dana**

v.

**STATE of Maryland**

**Pet. Docket No. 314, Sept.Term, 2016**

Court of Appeals of Maryland.

October 31, 2016

Dismissed by the Court of Special Appeals (No. 2055, Sept. Term, 2015).

Petition for writ of certiorari denied.

■

147 A.3d 408

**WILKINS, Davon**

v.

**STATE of Maryland**

**No. 238, Sept. Term 2016**

Court of Appeals of Maryland.

October 31, 2016

Opinion of the Court of Special Appeals unreported (No. 1559, Sept. Term, 2015).

Petition for writ of certiorari denied.